UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NYDIA REYES COLLAZO,

    Plaintiff,

v.                                      Case No. 8:18-cv-2508-T-30AEP

NPAS, INC., a Tennessee
corporation,

    Defendant.
_____/

## **ORDER**

This cause is before the Court upon Plaintiff's Motion to Compel Discovery (Doc. 35) and Defendant's Response in Opposition (Doc. 38). For the reasons stated at the hearing, Plaintiff's Motion is GRANTED IN PART and DENIED IN PART, to the extent that:

1. Plaintiff's Request for Production No. 5 is GRANTED.

2. Plaintiff's Interrogatory No. 9 is GRANTED.

3. Plaintiff's Interrogatory No. 5 and Request for Production No. 7 are DENIED as MOOT.

4. The Defendant is hereby directed to produce responsive discovery within fourteen days from the date of this Order.

DONE AND ORDERED in Tampa, Florida, on this 8th day of April, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record